IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOBBY DAN ROBERTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:08-CV-1804-N |
| | § | |
| SCM PROPERTY | § | |
| COMPANY, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On March 9, 2010, this action was called to trial. Both parties appeared in person and through counsel and announced ready for trial. A jury was duly empaneled and the case was tried to the jury from March 9, 2010 through March 12, 2010.

On March 12, 2010, a jury returned a verdict in favor of Plaintiff Bobby Dan Roberts. The jury awarded Roberts damages in the amount of $269,688.00. The parties stipulated to an additional award of $115,000.00, which represents Roberts's reasonable and necessary attorneys' fees and costs. Accordingly, the Court enters final judgment against Defendant SCM property company in the amount of $404,941.43, plus postjudgment interest at the rate of 0.29% per annum . This judgment comprises the jury award, stipulated fees and costs, and

prejudgment interest of $20,253.43.[1]  All relief not expressly granted is denied.  This is a final judgment.

Signed June 29, 2010.

_____
David C. Godbey
United States District Judge

---

[1] The applicable prejudgment interest rate in this case is 5% per annum. *See* TEX. FIN. CODE § 304.103 ("The prejudgment interest rate is equal to the postjudgment interest rate applicable at the time of judgment."); *id.* § 304.003(c)(2) (postjudgment interest rates). The Court calculated prejudgment interest from August 26, 2008 to June 29, 2010.  The Court calculated interest, per Roberts's request, only on $219,688.00 of the judgment, which represents the jury's award of damages regarding sold properties.

FINAL JUDGMENT – PAGE 2